# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| ALEXANDER O'BRYAN CRITTENDEN, | ) ) ) |
| **Plaintiff,** | ) ) |
| vs. | )    7:21-cv-01405-LSC ) ) |
| CORPORATE CREATIONS NETWORK, INC. and MAYOR DESAI, | ) ) ) |
| **Defendant.** | |

## ORDER

On November 17, 2021, Judge Borden ordered Plaintiff to file an amended complaint that cures the deficiencies and complies with the instructions outlined in the order by December 8, 2021. (Doc. 6) Now, ninety-three days later, Plaintiff has yet to cure the deficiencies. As such, this case is DISMISSED WITHOUT PREJUDICE for failure to prosecute. Costs are taxed to Plaintiff.

The Clerk is **DIRECTED** to forward a copy of the foregoing to Plaintiff.

**DONE** and **ORDERED** on March 11, 2022.

_____
L. Scott Coogler
United States District Judge

206888